FILED
CLERK, U.S. DISTRICT COURT
12/30/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER NATIONAL, INC., | Case No. CV 18-5971 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JL FURNISHINGS LLC, | |
| Defendant. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiff on its breach of contract and account stated claims.

2. Defendant JL Furnishings LLC, shall pay plaintiff the total amount of $140,374.86, which is comprised of the following: (a) $121,058.91 in damages for the principle amount owed; (b) $18,822.05 in prejudgment interest; and (c) litigation costs in the amount of $493.90.

3. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 30th day of December, 2019.

/s/
Fernando M. Olguin
United States District Judge